

**MAY 0 6 2008**

# RECEIVED

MAY -6 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT.

UNiTED STATE DiSTRicT CourT
For the NoRTHERN DiSTRict oF
Illinois, EASTERN
Divisi

08CV2722
**JUDGE CASTILLO**
**MAG. JUDGE COX**

Glenn BROWN
VS

City oF CHicaGo, CHicaGo Police DeparTment
a "instrument of the city of chicago,
uNKNowN Sgt, UNKNowN PEAce OFFicer,
uNKNowN PEAce OFFicer Both in their
individual capacity & official capacity
Both Violated color of state Law, Also sgt
Violated color of state Law.

42 U.S.c. §1981, §1983, §1985(3)
§1986, §1988

ON The Date oF 8, 19, 2007 the Plaintiff
WAS at the Location 8814 S. Huston
Located in chicago Illinois, 60617. Plaintiff
States the court has Jurisdiction pursuant
to 28 U.S.c. §§ 1331, over the Subject Matter,
and over the person, due the Federal constitutional
Rights, where Violated in the NorThern District
OF Illinois, EASTERN Division.

The Plaintiff PLeAS the Jurisdiction under
42 U.S.c. §1983 civil Rights Act, the
Plaintiff States the UNKNowN Sgt & two
Peace officer who Are unknown to the

Plaintiff due to the Officers Not Given the Plaintiff a copy of the standard "Affidavit OF Complaint" due to this procedural Due process violation, Plaintiff Pleas his Fourth Amendment Violations, Fourteenth Amendment Violations, Sixth Amendment Violation, 1st First Amendment Violation, which 42 U.S.C. as 1983 Civil Right Action grants Relief For such Violations in the Federal Forum, Plaintiff Pleas For Federal equilitable injunction Relief pursuant to YOUNGER VS HARRIS, 401 U.S. 37, 91 S.ct. 746 27 L.Ed.2d 669 (1971); Plaintiff states, Due to the fourth (4th) So long as No extraordinary cricumstances -like bias- or Harassment- exist which auger against abstention. Middlesex County Ethic's comm US Garden State Bar ASS'N, 457 U.S. 423, 429. Plaintiff states the Peace officers & Sgt of the Chicago police Department didn't have probable - cause Nor did they have a Warrant For the Plaintiff ARREST, and the Criminal charge where Started in Bad- FAith For the purpose of horassment, & Due to the FEDERAL CONSTITUTIONAL Violation EQUiLitable INJunction Relief.

THE Plaintiff STATES 42 U.S.C. 1981 is A Remedy, which Plaintiff SEEK'S & the Federal FoRum has Subject MAtter Jurisdiction, And Jurisdiction over the PERSON. Plaintiff STATES, due to the

PEACE OFFICERS & Sgt coming to the Petitioner Resident & Violating his Rights under the Common Law Trust passing statute, 42 U.S.C.A.§1981 Applies the officer denyed to Plaintiff the Rights, which if he would have been a white American Citizen he would have been wrote a ticket, and informed to come to court; but do to his race AS AN AFRICAN AMERICAN HE WAS denyed Equal Protection of the Law, pursuant to 14th Amendment Right & was discriminated against, Plaintiff states the Defendants Actions were Random & Unauthorized conducted, because they didn't have probable-cause to ARRest the Plaintiff, Nor was their a Warrant out For the Plaintiff arrest, by these Unlawful Actions of the Defendants Plaintiff as Being charged, with cruelity to Aminainol, & the statute For the State offense in Language doesn't give the GENEral Ammessable Authority, which the Defendant's Acted in Accordance with.

Plaintiff states the [S]tate Forum doesn't Given ANY Remedy, For such unconstitutional Statute and do this this Plaintiff SEEK FEDERAL INJUNCTIVE RELIEF, AND SEEK For the Forum to grant the FEDERAL Court to INterveN.

PLAINTIFF STATES 42 U.S.C. 1985 (3) the Plaintiff State he states, a Conspiracy, and the defendants deprived the plaintiff equal privilege, which the United States Constitution gonranutee's to their citizen the Right to freedom from unwarutted ARRest, and the Defendant having Knowledge of Suit's filed against the city of Chicago, City of Chicago Police Department, and Mayor Daley Jr. Plaintiff States he has Being injuried by the ARRest, which was because of Suit, which he filed with the Federal court in the past, the Plaintiff States the constitution protects Against Such Judicial ABuse of discredition at the hands of zealous Police OFFicer who ABuse their Athourity.

Plaintiff States the 42 §1986 is A prEQuisit of the §1985 (3), because of Neglect to Stop the Conspiracy, the Peace officers who are UNKnow to the Plaintiff had the Power to CORRect the Sgt Violation of the citizens Rights, but do to their neglect, they Allowed the Sgt to violate the Plaintiff Right & write a False - Report which Allow the Plaintiff to be brong before the State Forum on charges, which were False and unstrue, the liablity is Shown in the Plaintiff Complaint.

Plaintiff States he is Required to be
Aworded Attorney Fee's in a Suit when
their a numberous Amount of Time &
investigation, which is done which
conflicts with the Plaintiff daily Ablity
to Work, and Numberous Hospitial
Charges, which has Leadup to the
Plaintiff coming to the ELGIN MENTAL
HEALTH CENTER, which domages For MenTal
ANGuSHiSt has Adstened From do to the
Harassment of the Municipality Agents.
SEE: 42 U.S.C.$1988.

## STATEMENT OF THE CASE

(1) On the Date of 8-19-07 I Glenn Brown
was at the Location of 8814 S. Huston
Ave, chicago, Illinois 60617 the Above
unknown officers & Sgt come to my
house, and Knock on My door at My
Resident, AND I came to the Door
open up the door, and the UNKnown
Defendants, ask about the Dog tide
to the Tree in the rain, and I Advise
them the dog was on a 55 Feet long,
And the Dog could run For Cover, the
Officer & Sgt became Mad, and ask
For Identification, Plaintiff inForm
the police know one call them &
why was they their, because their
was No Reason For the To Be Their
the Unknown officer reach into the

(2) Plaintiff Resident 2 Said "he" was
going to Jail For cruelity to Amiminals,
and, due to the Plaintiff being at his
Resident the officer had No probable-
Cause to Seize the Plaintiff, Nor
was their A WARRANt.

(3) PLAINTIFF STATES Their was NO
CALL to the dispAtch Records, which
the police officers States others
individuAls from the COMMUNITY
CAll into State A Report of AMiMiNAl
Cruelity.

(4) THE PlAINtiFF STATES When GoiNG
BEFore the State ForuM the Judicial
officials, prosecutor, AND Judge
was Bias, When Plaintiff invoked
His Sixth AMendment RiGHt to
ProCEED Pra'SE.

(5) PlAINtiFF WAS Appointted AN ASSists
of Counsel, AND Counsel FAiLeD to
FAil the proper Motion, and the
Courts on it's own Motion ordered
a Mental Evalution, and the Plaintiff
was found unFit.

(6) THe PLAINtiFF CAME TO ELGiN MENTAL
HEALth CENter 2 WAS denyed the
RiGHt to file, Such Documents of
a Writ of HaBeas CorpuS, by due to

(7) a writ writer Larry maurice, Banks, inc
the plaintiff filed a writ of Habeas
Corpus pursuant to 28 U.S.C. $s 2241
on 4-20-08, and the Petition is Before
the federal forum.

(8) Plaintiff states he want Plea the case
of "State Actors" Sending the Plaintiff
To Elgin Mental Health center, because
of the facility lacking a constitutional
Acceptable constitution law Library, So
Plaintiff filed a Motion to intervew
as a Damage party Filed 4-27-08 in
BANKS inc. ET, AL Vs ELGIN Health center. Et, AL
Case No'. 07 CV 5654.

(9) PLaintiff cites the DEFENDANTS have
Violated Numberous Federal Statutes
UNDER 42 U.S.C $1983, $1985 (3), $1986,
$1988, 42 U.S.C. $1981.

## Grounds For Relief

(10) PLAiNTiFF SEEK Nominal Damages
one Million Dollars 1,000.000.00 &
Compensatory Damages 1,000.000.00
punitative Damages 1,000,000.00
Loss of iNJoyment of Life 50,000.00
MENTAL ANGiSH 50,000.00
Attorney Fees 50,000.00
ToTal 1,005,000.00 one Million
one hundred & Fifty Thousand Dollars

_____          Respectfully Submitted
Date                             _____



UNITED STATES DISTRICT COURT
Northern District of
Illinois, EASTERN Division

Glenn Brown US city of chicago, ET AL

**08CV2722**
**JUDGE CASTILLO**
**MAG. JUDGE COX**

**FILED**

MAY - 6 2008   **MAY 0 6 2008**

**MICHAEL W. DOBBINS**
**CLERK, U.S. DISTRICT COURT**

NOTICE OF FILING

PLEASE Take notice That the Above
Reference Documents have been
Sent to the "clerk" of the United
State District court At 219 S. DearBarn
Chicago, IL 60604 From 750 S. State
Street, Elgin Illinois 60123 U.S. Postal
Mail.

Date
4-30-08

RespectfullySuBmitted
Di Glenn Brown
O.C.P

ADDress Glenn Brown   F 8 6 unit
750 S. State Street
Elgin, Illinois
60123



MAY 0 6 2008

RECEIVED

MAY - 6 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATE DISTRICT COURT
For the NORTHERN DISTRICT OF
ILLINOIS, EASTERN

08CV2722
JUDGE CASTILLO
MAG. JUDGE COX

GLENN BROWN
VS

CITY OF CHICAGO, CHICAGO Police Department
a INSTRUMENT OF the CITY OF CHICAGO,
UNKNOWN Sgt, UNKNOWN PEACE OFFICER,
UNKNOWN PEACE OFFICER Both in their
individual Capacity & official capacity
Both violated color of state Law, Also Sgt
violated color of state Law.

42 U.S.C. § 1981, § 1983 § 1985 (3)
§ 1986, § 1988

ON THE DATE OF 8, 19, 2007 the Plaintiff
WAS at the Location 8814 S. Huston
Located in Chicago Illinois, 60617. Plaintiff
States the Court has Jurisdiction pursuant
to 28 U.S.C. § 1331, over the Subject MATTER,
and over the PERSON, due the Federal constitutional
Rights, where violated in the NorThern District
OF Illinois, EASTERN Division.

The Plaintiff PLEAS the Jurisdiction under
42 U.S.C. § 1983 civil Rights Act, the
Plaintiff States the UNKNOWN Sgt & two
Peace officer who Are unknown to the

Plaintiff due to the Officers Not Given the
Plaintiff a copy of the Standard "Affidavit
Of Complaint" due to this procedural Due
process Violation, Plaintiff Pleas his
Fourth Amendment Violation, Fourteenth
Amendment Violation, Sixth Amendment
Violation, 1st First Amendment Violation,
Which 42 U.S.C. as 1983 civil Right Action
grants Relief For Such Violations in the
Federal Forum, Plaintiff Plea's For Federal
equilitable injunction Relief pursuant to
YOUNGER US HARRIS, 401 U.S. 37, 91 S.ct.746
27 L.Ed.2d 669 (1971); Plaintiff States, Due
to the Fourth(4th) So long as No extraordinary
Cricumstances -like bias- or Harassment-
exiet which auger against abstention. Middlesex
county Ethic's comm US Garden state Bar Ass'n,
457 U.S. 423, 429. Plaintiff States the Peace
officers & sgt of the Chicago police
Department didn't have probable - cause Nor
did they have a Warrant For the Plaintiff
Arrest, and the Criminal charge where
Started in Bad- Faith For the purpase
of horassment, & Due to the Federal
Constitutional Violation Equilitable
Injunction Relief.

THE Plaintiff STATES 42 U.S.C. 1981 is
A Remedy, which Plaintiff SEEK'S &
the Federal Forum has Subject Matter
Jurisdiction, and Jurisdiction over the
Person, Plaintiff States, due to the

PEACE OFFICERS & Sgt Coming to the
Petitioner Resident & Violating his Rights
Under the common Law Trust passing Statute,
42 U.S.C.A §1981 Applies the officer denyed to
Plaintiff the Rights, which if he would have
been a White American citizen he would
have been wrote a ticket, and informed to
come to court, but do to his race as an
African American He was denyed Equal
Protection of the Law, pursuant to 14th
Amendment Right & was discriminated
against, Plaintiff States the Defendants Actions
were Random & Unauthorized conducted,
because they didn't have probable – cause
to Arrest the Plaintiff, Nor was their a
warrant out for the Plaintiff arrest, by
these Unlawful Actions of the Defendants
Plaintiff as Being charged, with cruelity
to Aminainal, & the Statute for the State
offense in Language doesn't give the
General Ammessable Authority, which
the Defendant's Acted in accordance
with.

Plaintiff States the [S]tate forum doesn't
Given Any Remedy, for such unconstitutional
Statute and do this this Plaintiff Seek
Federal Injunctive Relief, and Seek
for the forum to grant the Federal
court to Interven.

Plaintiff States 42 U.S.C. 1985 (3) the
Plaintiff State he states, a Conspiracy,
and the defendants deprived the plaintiff
equal privilege, which the United States
Constitution guarantees to their citizen
the Right to freedom from unwanted
ARRest, and the Defendant having Knowledge
of Suits filed against the city of Chicago,
City of Chicago Police Department, and
Mayor Daley Jr. Plaintiff States he has
Being injuried by the ARRest, which
was because of Suit, which he filed
with the Federal court in the past, the
Plaintiff States the constitution protects
Against Such Judicial Abuse of discredition
at the hands of Zealous police officer
who Abuse their Athourity.

Plaintiff States the 42 §1986 is A prequisit
of the §1985(3), because of Neglect to
Stop the Conspiracy, the Peace officers
who are Unknow to the Plaintiff had the
Power to correct the Sgt Violation of
the citizens Rights, but do to their neglect,
they Allowed the Sgt to violate the Plaintiff
Right & write a false - Report which Allow
the Plaintiff to be brong before the State
Forum on charges, which were false
and Unstrue, the liablity is Shown in the
Plaintiff complaint.

Plaintiff states he is Required to be Awarded Attorney Fees in a Suit when their a numberous Amount of Time & investigations, which is done which conflicts with the Plaintiff daily Ability to work, and Numberous Hospital charges, which has leadup to the Plaintiff coming to the ELGIN MENTAL HEALTH CENTER, which damages For Mental ANGUSHISH has Adstensed From do to the Harassment of the Municipality Agents. SEE: 42 U.S.C §1988.

## STATEMENT OF THE CASE

(1) ON the DATE of 8-19-07 I GLENN Brown WAS At the Location of 8814 S. Huston AVE, Chicago, Illinois 60617 the Above unknown officers & Sgt came to my house, and knock on My door At MY Resident, AND I Came to the Door open up the door, AND the UNKNOWN Defendants, ASK About the Dog tide to the TREE IN the rAIN, AND I ADWISE them the dog WAS on A 55 Feet long, And the Dog Could run For COVER, the Officer & Sgt became MAD, and ASK For Identification, Plaintiff iNForm the police KNOW one Call them & why WAS they their, beCause their WAS NO Reason For the To Be Their the Unknown officer reach into the

(2) Plaintiff Resident & Said "he" was going to Jail For cruelity to Amiminals, and, due to the Plaintiff being at his Resident the officer had No probable-cause to Seize the Plaintiff, Nor was Their A WARRANt.

(3) PLAINTIFF STATES Their was NO CALL to the dispAtch Records, which the police officerS States otherS individuAls From the comMUNity call into State A Report oF AMiMiNAl Cruelity.

(4) THE PlAINtiFF STATES WheN GoiNG BeFore the State ForuM the Judicial OFFiciAls, ProSecutor, AND Judge Was BiAs, wheN PlAintiff invoked His SixtH AMeNDMernt RiGHt to Proceed Pro'Se.

(5) PlAintiFF WAS AppointteD AN ASSists oF counSel, AND counSel FAILED to FAil the proper MotioN, and the Courts on it's own MotioN ordered a MentAl EvAlutiorn, and the PlAintiFF WaS FouND unFit.

(6) THE PlAINtiFF cAME To ELGIN MentAl HEALth ceNteR & wAS deNyed the RiGHt to File, SucH Documents oF a WriT oF HaBeAS corpus, by due to

(7) a Writ Writer Larry maurice, Banks, inc the plaintiff filed A Writ of Habeas Corpus pursuant to 28 U.S.C. §s 2241 on 4-20-08, and the Petition is Before the Federal forum.

(8) Plaintiff states he Want Plea the case of "State Actors" Sending the Plaintiff To Elgin Mental Health center, because of the facility lacking a Constitutional Acceptable Constitution law Library, So Plaintiff filed A Motion to intervien as a Damage party Filed 4-27-08 in BANKS INC. ET, AL Vs ELGIN Health center. Et, Al Case No. 07 CV 5654.

(9) PLAINTIFF cites the DEFENDANTS have Violated Numerous Federal Statutes UNDER 42 U.S.C. §1983 §1985 (3) §1986, §1988, 42 U.S.C. §1981.

<u>Grounds For Relief</u>

(10) PLAINTIFF SEEK Nominal Damages one Million Dollars 1,000,000.00 & Compensatory Damages 1,000,000.00 punitative DAmageS 1,000,000.00 Loss of inJoyment of Life 50,000.00 MENTAL ANGISH 50,000.00 Attorney Fee's 50,000.00 Total 1,005,000.00 one Million one hundred & Fifty Thousand Dollars

Respectfully Submitted

Date