

United States District Court
Northern District of
Illinois, Eastern Division

Glenn Brown vs City of Chicago

**FILED**
MAY - 6 2008
MAY 0 6 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**08CV2722**
**JUDGE CASTILLO**
**MAG. JUDGE COX**

Motion For Appointment of Counsel.

Now comes Glenn Brown in want of counsel, and seeks for the court to appoint counsel in the suit, Due to the Elgin Mental Health center not having a constitutional Acceptable Law Library nor any paralegal to assist in case research the Plaintiff seeks for the court to appoint counsel in the above Reference case.

Date
4-30-08

Respectfully Submitted
D. Glenn Brown
O.C.P