

UNITED STATES District court
Northern District of Illinois
EASTERN Division

Glenn Brown VS City of Chicago

**FILED**
MAY 0 6 2008
MAY - 6 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**08CV2722**
**JUDGE CASTILLO**
**MAG. JUDGE COX**

I F P Form

I Glenn Brown swear under the Penalty of Prejury that this Affidavit is a true, and correct copy of ALL Material, which is filed in this case, and the Plaintiff is without the funds to pay the filing fee $350.00. in pursuant to 28 USC §1915 I Pray that the court grant me leave to go through with this Suit. The ADministration wont Sign their Signature to the original form, so I have to go through this form & state the Facts

Date
4-30-08

Signature
D. Glenn Brown
O.L.P