# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Ruben Castillo | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2722 | **DATE** | 5/16/2008 |
| **CASE TITLE** | Glenn Brown vs. Chicago Police Dept., et al. | | |

**DOCKET ENTRY TEXT**

After careful review of this recently filed pro se complaint, said complaint is dismissed for failure to allege a proper cause of action against a valid defendant. Plaintiff also appears to have ongoing state criminal proceedings which may warrant a stay of this proposed civil action. Plaintiff's motion for appointment of counsel [3] is granted. Monte L. Mann, of Novack and Macey LLP, 303 W. Madison St., Suite 1500, Chicago, IL 60606, (312) 419-6900 is hereby appointed to represent plaintiff. Appointed counsel is directed to investigate this matter to determine if a proper amended complaint can be filed within the next ninety days. Appointed counsel is authorized to proceed with expedited discovery to obtain necessary police and court documents related to plaintiff's 8/19/2007 arrest.

Docketing to mail notices.

| | Courtroom Deputy Initials: | RO |
|---|---|---|

Case 1:08-cv-02722    Document 5    Filed 05/16/2008    Page 1 of 1

08C2722 Glenn Brown vs. City of Chicago, et al.                                                                                    Page 1 of 1