## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                                 Case Number:   08 CV 02722

Glenn Brown,

          Plaintiff,

Chicago Police Department, et al.

          Defendants.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS COURT APPOINTED ATTORNEY FOR:

Plaintiff, Glenn Brown.

| | |
|---|---|
| **NAME:** Monte Mann | |
| **SIGNATURE** (Use electronic signature if the appearance form is filed electronically) s/Monte Mann | |
| **FIRM** Novack and Macey LLP | |
| **STREET ADDRESS** 100 North Riverside Plaza | |
| **CITY/STATE/ZIP** Chicago, IL 60606 | |
| **ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)** 6229771 | **TELEPHONE NUMBER** (312) 419-6900 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | |