**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of                                                             Case Number:   08 CV 02722

Glenn Brown,

           Plaintiff,

Chicago Police Department, et al.

           Defendants.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS COURT APPOINTED ATTORNEY FOR:

Plaintiff, Glenn Brown.

| NAME: Molly S. DiRago |
|---|
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/Molly S. DiRago |
| FIRM<br>Novack and Macey LLP |
| STREET ADDRESS<br>100 North Riverside Plaza |
| CITY/STATE/ZIP<br>Chicago, IL 60606 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6282757 | TELEPHONE NUMBER<br>(312) 419-6900 |
|---|---|

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐