UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| GLENN BROWN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 08 CV 2722 |
| ) | |
| CITY OF CHICAGO, ET AL. ) | Judge Castillo |
| ) | |
| Defendants. ) | Magistrate Judge Cox |
| ) | |

### PLAINTIFF GLENN BROWN'S MOTION FOR STATUS HEARING

Plaintiff Glenn Brown, by and through his attorneys, Novack and Macey LLP, respectfully moves this Court for a status hearing. In support of his request, Brown states as follows:

1. On May 16, 2008, this Court dismissed Brown's complaint and appointed Monte Mann of Novack and Macey LLP as Brown's counsel. (See 5/16/08 Order, attached hereto as Ex. A.)

2. This Court directed Mr. Mann to "investigate this matter to determine if a proper amended complaint [could] be filed within the next ninety days." (Id.)

3. Counsel has investigated this matter by, among other things, discussing the case with Brown on numerous occasions, analyzing documents concerning Brown's underlying arrest, and performing legal research.

4. Brown requests a status conference with the Court to discuss the status of this investigation.

WHEREFORE, for the foregoing reasons, Plaintiff Glenn Brown respectfully requests that the Court:

A. Enter an order setting this case for a status conference at the earliest possible date that is convenient for the Court; and

B. Grant such other and further relief as the Court deems just.

Respectfully submitted,

GLENN BROWN

By: /s/ Molly S. DiRago
One of His Attorneys

Monte L. Mann
Molly S. DiRago
NOVACK AND MACEY LLP
100 N. Riverside Plaza
Chicago, Illinois 60606
(312) 419-6900

## CERTIFICATE OF SERVICE

Molly S. DiRago, an attorney, hereby certifies that she served the foregoing **Plaintiff Glenn Brown's Motion For Status Hearing**, by causing a true and correct copy thereof to be sent by facsimile and U.S. mail to:

> The City of Chicago
> Department of Law
> 30 N. LaSalle St.
> Suite 1400
> Chicago, IL 60602
> Fax: 312-744-6566

on this 28th day of July, 2008.

By: /s/ Molly S. DiRago
/s/ Molly S. DiRago

# EXHIBIT A

Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Ruben Castillo | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2722 | **DATE** | 5/16/2008 |
| **CASE TITLE** | Glenn Brown vs. Chicago Police Dept., et al. | | |

**DOCKET ENTRY TEXT**

After careful review of this recently filed pro se complaint, said complaint is dismissed for failure to allege a proper cause of action against a valid defendant. Plaintiff also appears to have ongoing state criminal proceedings which may warrant a stay of this proposed civil action. Plaintiff's motion for appointment of counsel [3] is granted. Monte L. Mann, of Novack and Macey LLP, 303 W. Madison St., Suite 1500, Chicago, IL 60606, (312) 419-6900 is hereby appointed to represent plaintiff. Appointed counsel is directed to investigate this matter to determine if a proper amended complaint can be filed within the next ninety days. Appointed counsel is authorized to proceed with expedited discovery to obtain necessary police and court documents related to plaintiff's 8/19/2007 arrest.

Docketing to mail notices.

| | Courtroom Deputy Initials: | RO |
|---|---|---|
| | | |