UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| GLENN BROWN, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CITY OF CHICAGO, ET AL. )<br>)<br>Defendants. )<br>) | <br><br><br><br>Case No.: 08 CV 2722<br><br>Judge Castillo<br><br>Magistrate Judge Cox |

### NOTICE OF MOTION

PLEASE TAKE NOTICE that on August 6, 2008 at 9:45 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Judge Ruben Castillo or any judge sitting in his stead, in the United States District Court for the Northern District of Illinois, Eastern Division, in Courtroom 2141 of the Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago, Illinois, and then and there present Plaintiff Glenn Brown's Motion for Status Hearing, copies of which are served upon you herewith.

Respectfully submitted,
GLENN BROWN

By:_____/s/ Molly S. DiRago_____
One of His Attorneys

Monte L. Mann
Molly S. DiRago
NOVACK AND MACEY LLP
100 N. Riverside Plaza
Chicago, Illinois 60606
(312) 419-6900
#234063

## CERTIFICATE OF SERVICE

Molly S. DiRago, an attorney, hereby certifies that she served the foregoing **Notice of Motion**, by causing a true and correct copy thereof to be sent by facsimile and U.S. mail to:

>The City of Chicago
>Department of Law
>30 N. LaSalle St.
>Suite 1400
>Chicago, IL 60602
>Fax: 312-744-6566

on this 28th day of July, 2008.

>By:  /s/ Molly S. DiRago
>     /s/ Molly S. DiRago