# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Ruben Castillo | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2722 | **DATE** | 8/6/2008 |
| **CASE TITLE** | Glenn Brown vs. City of Chicago, et al. | | |

**DOCKET ENTRY TEXT**

Plaintiff Glenn Brown's motion for status hearing [8] is granted. Status hearing held on 8/6/2008. Mary S. DiRago and Monte Loren Mann are granted leave to withdraw their appearances on behalf of plaintiff. This case will remain dismissed without prejudice. Plaintiff is given until 9/8/2008 to file any appropriate amended pro se complaint.

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | RO |
|---|---|---|